UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 19-mj-02950-Louis

UNITED STATES OF AMERICA

v.

KENNETH ROGERS,

      Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? ____ Yes  _X_ No

                            Respectfully submitted,

                            ARIANA FAJARDO ORSHAN
                            UNITED STATES ATTORNEY

By: _____
                            BRIAN G. SATTLER
                            Special Assistant United States Attorney
                            Court No: A5502541
                            99 N.E. 4th Street
                            Miami, FL 33132
                            Tel: No. (305) 961-9136
                            Fax No. (305) 536-4676
                            E-mail: brian.sattler@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19-mj-02950- Louis |
| KENNETH ROGERS | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   June 9, 2019   in the county of   Miami-Dade   in the   Southern   District of   Florida, and elsewhere  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(iv) | Encouraging and inducing an alien to come to, enter, and reside in the United States. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Aaron Rector, Special Agent HSI
Printed name and title

Sworn to before me and signed in my presence.

Date:   06/11/2019

_____
Judge's signature

City and state:   Miami, Florida         Lauren F. Louis, U.S. MAGISTRATE JUDGE
Printed name and title

## AFFIDAVIT

I, Aaron Rector, being duly sworn, depose and state as follows.

1. I am a Special Agent with Immigration and Customs Enforcement, Homeland Security Investigations (HSI) and have been so employed for over nine years. I am currently assigned to the Public Safety Group in the Fort Lauderdale HSI office. My current responsibilities include the investigation of criminal and administrative violations related to the Immigration and Nationality Act and other federal criminal offenses.

2. The statements contained in this Affidavit are based on my personal knowledge, as well as information provided to me by other law enforcement and law enforcement support personnel. Because this Affidavit is submitted for the limited purpose of establishing probable cause that Kenneth ROGERS did knowingly and willfully encourage and induce an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of the law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv), I have not included each and every fact known to me or law enforcement in this investigation.

3. On or about June 9, 2019, at approximately 12:00 p.m., U.S. Customs and Border Protection (CBP), Air and Marine Operations (AMO) received information regarding a vessel that had departed from Bimini, The Bahamas en route to South Florida with suspected migrants on board. CBP AMO advised the vessel was described as a white, 30-foot cabin cruiser with a blue bimini top ("SUSPECT VESSEL"). After receiving the information, CBP AMO launched a law enforcement vessel in an attempt to locate the vessel.

4. At approximately 1:00 p.m., CBP AMO and the United States Coast Guard (USCG) vessel RICHARD ETHEREGE intercepted a vessel matching the description of the SUSPECT VESSEL with Florida registration number FL4931MC approximately 12 miles east

of Hollywood, Florida, inside United States territorial seas. Prior to intercept, the SUSPECT VESSEL was observed by CBP AMO and the USCG on a westbound course towards the United States. The vessel came to a stop after CBP AMO activated their blue law enforcement lights and siren.

5. When approaching the SUSPECT VESSEL, CBP AMO Agents observed an adult black male wearing a yellow shirt, later identified as Kenneth ROGERS, driving the vessel. Once the CBP AMO Agents were onboard, they observed ROGERS on deck, behind the wheel of the vessel, alongside another individual later identified as G.B.

6. After the CBP AMO Agents embarked the SUSPECT VESSEL, ROGERS identified himself to them as the operator of the vessel. The CBP AMO Agents determined the vessel was arriving from a foreign country and there were eight additional passengers located below deck. On or about June 9, 2019, ROGERS and the nine passengers were brought aboard the USCG vessel RICHARD ETHERIDGE and processed using biometrics to confirm their identity and nationalities. The results of those queries revealed that ROGERS is a U.S. citizen and the nine passengers on the vessel included one Colombian national, five Haitian nationals, and three Jamaican nationals. The nine passengers were determined to be foreign nationals with no valid U.S. visas or authorization to enter the U.S. on or about June 9, 2019.

7. The Colombian national passenger, identified as G.B., was seated next to ROGERS on the vessel at the time the vessel was stopped and boarded by CBP AMO. G.B., who was advised of her *Miranda* rights, stated to HSI Special Agents that she was traveling to the United States from The Bahamas. G.B. stated she paid 4,000 U.S. Dollars in The Bahamas to a male subject named "TONY" to help her travel to the United States. On June 9, 2019, she was told to get ready to go to the United States and identified ROGERS as being the captain of

the vessel she would be getting on to travel to the United States. G.B. also stated ROGERS was wearing a yellow shirt while driving the vessel.

8. A Haitian national, identified as L.C., who was also present on the interdicted vessel provided HSI Special Agents with a statement. L.C. admitted to first traveling from Haiti to The Bahamas after paying someone 3,000 U.S Dollars to take him to the United States on the vessel. L.C. identified ROGERS as the captain of that vessel and stated ROGERS was wearing a yellow shirt while driving the vessel.

9. In a post-*Miranda* statement, ROGERS told HSI Special Agents that he rescued the nine passengers from the ocean, and that he thought they were migrants because some of them did not speak English.

10. Based upon the foregoing, your Affiant submits that there is probable cause to believe that Kenneth ROGERS did knowingly and willfully encourage and induce an alien to come to, enter, and reside in the United States, knowing and reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

                                                    Aaron Rector, Special Agent
                                                  Homeland Security Investigations

Sworn and subscribed before me this ___ day of June, 2019.

HON. LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE