# EXHIBIT A



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Detention Center*

33 NE 4ᵗʰ St.
Miami, FL 33132

June 9, 2020

Gabrielle Munoz Rogers
1241 SW 143rd Avenue
Miami, FL 33184

Re:   Kenneth Rogers
      Reg. No. 18196-104
      Case No. 1:19-20399-CR-UNGARO

Dear Mrs. Rogers:

This is in response to your letter dated May 14, 2020, in which you requested your husband be considered for home confinement based on the COVID19 pandemic.

An investigation into this matter revealed that inmate Rogers was sentenced to 72 months and three years of Supervised Release for Alien Smuggle/Import, Encouraging and Inducing Aliens to Enter the United States, and Aiding and Abetting Certain Aliens to Enter the United States.  He has a projected release date of April 17, 2025.

In accordance with the March 26, 2020 memorandum from the Attorney General and the Bureau of Prisons guidance, he does not meet one of the factors identified to ensure inmates are suitable for home confinement.  Specifically, he has not completed fifty percent of his imposed sentence of 72 months.

Therefore, based upon the above information, he does not qualify for home confinement at this time.  I trust this information addresses your concerns.

Sincerely,

K. Carlton
rden

# EXHIBIT B



# HeartWell
Delivering 21st Century
Cardiovascular Care

RECEIVED AS IS

**Return Office Visit**
December 1, 2017

90193704

Kenneth Rogers  32 year old M (06/16/1985)

Account #: 46470

History & Physical

Primary Care Physician:  No PCP

**REASON FOR VISIT:**
This 32 year old male presents for Cardiac Reevaluation.

**HISTORY OF PRESENT ILLNESS:**
Cardiac Reevaluation
    Patient is a 32 year old male with no significant past medical history. Echo performed 10/30/17
displayed EF 69% and no significant valvular disease. Stress test performed 10/31/17 patient achieved
102% of maximum HR and no evidence of ischemia. Patient states he stopped exercise due to SOB and
blurry vision. Patient states he continues with occasional episodes of chest pain. He also notes
episodes of dizziness when he stands up.

General
    He has had no chest discomfort suggestive of ischemia. The patient denies orthopnea, PND, DOE, or
edema.  Mr. Rogers has not had palpitations, syncope or near syncope. He denies claudication.
There is no discoloration or ulceration of the lower extremities.  He has had no TIA or stroke-like
symptoms.  The patient has no symptoms attributable to valvular heart disease.
**CARDIOVASCULAR PROCEDURES:**

Echo/MUGA:
Echo - 10/30/2017 1. Left ventricle cavity is normal in size. Normal global wall motion. Normal
diastolic filling pattern, normal LAP, Calculated EF 69%.
2. Right ventricle cavity is slightly dilated. Normal right ventricular function.
3. Left atrium and right atrium are within normal limits.
4. Aortic valve is within normal limits.
5. Native mitral valve with trace regurgitation. Redundant mitral valve leaflets. No evidence of mitral
valve stenosis.
6. Structurally normal tricuspid valve with no regurgitation noted. No evidence of tricuspid valve
stenosis. No evidence of pulmonary hypertension.

Rogers, Kenneth   000000046470 06/16/1985 12/01/2017 03:45 PM Page: 1/4



Rogers, Kenneth | Acc No. 3472378 | DOB:06/16/1985 | DOS/03/03/2020

### Rogers, Kenneth
34 Y old Male, DOB: 06/16/1985
Account Number: 3472378
1841 SW 143rd AVE, Miami, FL-33184
Home: 305-299-9997
Guarantor: Rogers, Kenneth   Insurance: Be/Flu Florida
Payer ID: 0
External Visit ID: 27628511
Appointment Facility: MyCare Health Partners

**03/03/2020**

Progress Notes: Kim Bango, MD

**Current Medications**
Taking
- Flonase Allergy Relief 50 MCG/ACT
  Suspension 1 spray in each nostril Nasally
  Once a day
- Allegra Allergy 180 MG Tablet 1 tablet as
  needed Orally Once a day
- Medication list reviewed and reconciled
  with the patient

**Past Medical History**
Asthma - mild intermittent
Eczema
Chronic low back pain secondary to
lumbar disc herniations

**Surgical History**
Circumcision 2007
right hand reconstruction after accident
2008
Lasik 2004

**Family History**
Father: alive, healthy
Mother: alive, healthy
Paternal Grand Father: CAD s/p MI
3 brother(s) , 4 sister(s) - healthy. 2 son(s) -
healthy.
Family Behavioral health and substance
abuse reviewed with patient and is
otherwise negative.

**Social History**
Tobacco History:
Tobacco Use/Smoking Are you a
nonsmoker.
Depression Screening:
PHQ-9 Little interest or pleasure in doing
things Several days, Feeling down,
depressed, or hopeless Several
days, Trouble falling or staying asleep, or
sleeping too much Nearly every
day, Feeling tired or having little energy
Nearly every day, Poor appetite or
overeating Several days, Feeling bad about
yourself, or that you are a failure, or have let
yourself or your family down Not at
Trouble concentrating on things, such as
ding the newspaper or watching
vision Several days, Moving or speaking
owly that other people could have
ed. Or the opposite ? being so fidgety

**Reason for Appointment**
1. New Patient

**History of Present Illness**
Patient Care Team:
Neurologist Dr. Brad Herskowitz.
HPI:
Pt is a 34 year old male who presents today to establish with a
new PCP. He has a history of allergies that are well controlled on
Flonase and Allegra. He has a history to mild intermittent asthma
and uses an albuterol inhaler as needed. He sees his neurologist, Dr.
Herahkowitz about 3 times a year for chronic back pain secondary to
3 herniated lumbar discs and right hand nerve damage after an
accident in 2008. He presents today for a routine physical and lab
work. He states that he recently lost about 32 lbs in 3-4 months on
the keto diet. He is otherwise feeling well.
No communication barriers or auditory/visual deficits reported
by the patient.

**Vital Signs**
Temp 98.5 F, HR 76 /min, BP 128/73 mm Hg, Ht 69 in, Wt 186.4
lbs, BMI 27.52 Index, RR 16 /min, Oxygen sat % 95 %.

**Examination**
General Examination:
GENERAL APPEARANCE: alert, well hydrated, in no
distress , well developed, well nourished, pleasant, overweight,
male. HEAD: normocephalic, atraumatic. EYES: extraocular
movement intact (EOMI), pupils equal, round, reactive to light and
accommodation, BOTH EYES. EARS: tympanic membrane intact,
clear, auditory canal clear, BOTH EARS. ORAL CAVITY: mucosa
moist. THROAT: no erythema, no exudate, pharynx
normal. NECK/THYROID: neck supple, no lymphadenopathy, no
thyromegaly. HEART: regular rate and rhythm, S1, S2
normal. LUNGS: clear to auscultation bilaterally, no wheezes,
rales, rhonchi. ABDOMEN: bowel sounds present, soft, nontender,
nondistended. EXTREMITIES: no clubbing, cyanosis, or edema.

**Assessments**
1. Adult general medical exam - Z00.00 (Primary)
2. BMI 27.0-27.9,adult - Z68.27
3. Encounter for screening for endocrine disorder - Z13.29
4. Diabetes mellitus screening - Z13.1

Patient: Rogers, Kenneth   DOB: 06/16/1985   Progress Note: Kim Bango, MD   03/03/20

niamano.ecwcloud.com/mobiledoc/isn/catalog/xml/printMultipleChartOptions.jsp...



**Rogers, Kennet**

34 Y old Male, DOB: 06/16/19
Account Number: 34725
1241 SW 143rd AVE, Miami, FL-3312
Home: 305-299-9997
Guarantor: Rogers, Kenneth   Insurance: Be/Bs Florid
Payer ID: (
External Visit ID: 27845109
Appointment Facility: MyCare Health Partners

Progress Notes: Kim Bango, MD

03/09/2020

**Current Medications**

Taking
- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Allegra Allergy 180 MG Tablet 1 **tablet as** needed Orally Once a day
- ProAir HFA 108 (90 Base) MCG/ACT Aerosol Solution 1 puff as needed Inhalation **every 4 - 6 hrs**

**Review of Systems**

Endocrine
  Denies Cold intolerance.
Denies Dizziness. Denies Excessive sweating. Denies Excessive thirst. Denies Frequent urination. Denies Heat intolerance.
Cardiovascular:
  Denies Chest pain at rest. Denies Dizziness. Denies Fluid accumulation in the legs. Denies Palpitations. Denies Shortness of breath.

**Reason for Appointment**
1. FU Labs

**History of Present Illness**
HPI:
    Pt is a 34 year old male who presents today for a FU to go over the results of his recent routine screening labs. His HDL is low at 32 with the rest of the lipid panel normal. Discussed exercise to bring this up. His TSH is minimally low at 0.39 with a normal Free T4 and we will perform further thyroid studies today for evaluation. His Vitamin D is a little low at 25 and this will be replaced. **The** remainder of his routine screening labs are all wnl's.

**Vital Signs**
Temp 97.7 F, HR 59 /min, BP 109/71 mm Hg, Ht 69 in, Wt 186 lbs, BMI 27.46 Index, RR 16 /min, Oxygen sat % 100 %.

**Examination**
General Examination:
    GENERAL APPEARANCE:  **alert, well hydrated, in no distress** , well developed, well nourished, pleasant, overweight, male. HEART: regular rate and rhythm, S1, S2 normal. LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi. EXTREMITIES:  no clubbing, cyanosis, or edema.

**Assessments**
1. Abnormal thyroid blood test - **R79.89** (Primary)
2. Vitamin D deficiency - E55.9

**Treatment**
**1. Abnormal thyroid blood test**
    LAB: T3, FREE
    LAB: THYROID PEROXIDASE AND THYROGLOBULIN ANTIBODIES
    LAB: T4, FREE
    LAB: TSH
Notes: Will await lab results.

**2. Vitamin D deficiency**
Notes: Discussed OTC Vitamin D of 2000 IU's daily and repeat Vitamin D levels in 6 months.

**Follow Up**

Name: Kenneth Rogers | DOB: 6/16/1985 | MRN: 21106478 | PCP: Carla C. Rabassa, MD

# Medical History

This is an overview of your medical history on file with the clinic.

## Medical History

| Diagnosis | When |
|-----------|------|
| Asthma | |
| Heartburn | |
| Arthritis | |
| High cholesterol | |
| Allergic state | |

## Surgical History

| Procedure | When |
|-----------|------|
| HAND SURGERY | 2008 |
| CIRCUMCISION | |
| LASIK | |

## Family Medical History

| Relationship | Health Issue | Comment |
|--------------|--------------|---------|
| Mother | Urolithiasis | |
| Mother | Asthma | |

## Social History

Smoking Tobacco Use:
Never Smoker

Smoking Tobacco Types:

Packs / Day:

Years Smoked:

---

Smokeless Tobacco Use:
Never Used

Smokeless Tobacco Types:

---

Alcohol Use:
Yes

Standard Drinks / Week:
1

## Family Status

| Relationship | Status | Age at Death | Comment |
|---|---|---|---|
| Mother | Alive | | |
| Father | Alive | | |
| Sister | Alive | | |
| Brother | Alive | | |
| Son | Alive | | |
| Sister | Alive | | |
| Sister | Alive | | |
| Sister | Alive | | |
| Sister | Alive | | |
| Brother | Alive | | |

MyChart® licensed from Epic Systems Corporation © 1999 - 2020