UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Crim. No. 1:19-cr-20399-UU-1

UNITED STATES OF AMERICA,

v.

KENNETH ROGERS,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Amended Motion to Reduce Sentence (D.E. 218, "Motion").

THE COURT has considered the Motion and is otherwise fully advised in the premises.

Despite the benefit of counsel for both the initial motion for a reduction in sentence, D.E. 211, and the instant Motion—Defendant still fails to allege and demonstrate compliance with the administrative exhaustion requirement outlined by this Court on July 23, 2020.  D.E. 213.[1] Defendant was ordered to attach to any renewed motion "(1) his BOP compassionate release request, (2) his release plan, and (3) his medical records." *Id.* at 4.  Defendant has not demonstrated compliance with 18 U.S.C. § 3582(c)(1)(A)'s exhaustion requirement as instructed by the Court's Order.  Regardless, Defendant is young, has served only a small percentage of his sentence imposed just earlier this year, and his medical records do not substantiate Defendant's generalized allegations of "cardiac ailments."  *See* Motion, Ex. B.  The COVID-19 pandemic and Defendant's alleged asthma notwithstanding, Defendant has served only 6 months of a 72-month sentence—less than 10 percent of the imposed sentence.  Thus, the 18 U.S.C. § 3553(a) factors weigh against a reduction in sentence.

---

[1] The relevant background and legal standards are outlined in that Order. *Id.*

2

Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion, D.E. 218, is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this _15th_ day of September, 2020.

*[signature: Ursula Ungaro]*

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record via CM/ECF